**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------x

| | | |
|---|---|---|
| **In re** | : | **Case No. 10-11809 (REG)** |
| | : | |
| **PEDRO LIMA,** | : | **(Chapter 7)** |
| **Debtor.** | : | |

------------------------------------------------------x

<u>**STIPULATION EXTENDING UNITED STATES TRUSTEE'S**</u>
<u>**TIME TO OBJECT TO DEBTOR'S DISCHARGE**</u>
<u>**AND TO FILE MOTION UNDER 11 U.S.C. § 707**</u>

IT IS HEREBY STIPULATED AND AGREED by and between the Debtor and the United States Trustee as follows:

1.     The time period within which the United States Trustee may object to the Debtor's discharge pursuant to 11 U.S.C. § 727 and the United States Trustee's time to file a motion pursuant to 11 U.S.C. § 707 be and are hereby extended from October 15, 2010 to and including November 15, 2010, without prejudice to any further extension of time that the United States Trustee may seek.

2.     This Stipulation is subject to the approval of the Bankruptcy Court.

Dated: New York, New York           PEDRO LIMA
       October 6, 2010              Debtor

                                By:     *<u>/s/ David Hamilton</u>*
                                       DAVID HAMILTON, Esq.
                                       Attorney for the Debtor

Dated: New York, New York          TRACY HOPE DAVIS
      October 7, 2010          UNITED STATES TRUSTEE

                                By:    */s/ Nazar Khodorovsky*
                                         Nazar Khodorovsky, Esq.
                                         Trial Attorney
                                         33 Whitehall Street, 21st Floor
                                       New York, NY 10004
                                       (212) 510 - 0500

**SO ORDERED:**

Dated: New York, New York
       ***October 8, 2010***

***s/ Robert E. Gerber***
Honorable ROBERT E. GERBER
Chief United States Bankruptcy Judge