UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------x
In re                                              :         Case No. 10-11809 (REG)
                                                   :
PEDRO LIMA,                                        :         (Chapter 7)
            Debtor.                                :
---------------------------------------------------------x

## STIPULATION EXTENDING DEBTOR'S TIME TO RESPOND TO UNITED STATES TRUSTEE'S COMPLAINT OBJECTING DEBTOR'S DISCHARGE UNDER FED. R. BANKR. P. 7012

IT IS HEREBY STIPULATED AND AGREED by and between the Debtor and the United States Trustee as follows:

1. The time period within which the Debtor may file an Answer to the United States Trustee's Complaint pursuant to Fed. R. Bankr. P. 7012 be and is hereby extended from December 16, 2010 to and including January 10, 2011, without prejudice to any further extension of time that the Debtor may seek.

2. This Stipulation is subject to the approval of the Bankruptcy Court.

Dated: New York, New York
December 8, 2010

                                        PEDRO LIMA
                                        Debtor

                                    By: /s/ Tanya Dwyer
                                        TANYA DWYER, Esq.
                                        Attorney for the Debtor

Dated: New York, New York
December 8, 2010

TRACY HOPE DAVIS
UNITED STATES TRUSTEE

By: /s/ Nazar Khodorovsky
Nazar Khodorovsky, Esq.
Trial Attorney
33 Whitehall Street, 21st Floor
New York, NY 10004
(212) 510 – 0500

**SO ORDERED:**

Dated: New York, New York
December 13, 2010

s/Robert E. Gerber
Honorable ROBERT E. GERBER
Chief United States Bankruptcy Judge