UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

| In re | : | Case No. 10-11809 (REG) |
| | : | |
| PEDRO LIMA, | : | (Chapter 7) |
| Debtor. | : | |

------------------------------------------------------------x

# NOTICE OF ADJOURNMENT OF CASE CONFERENCE
# UNDER 11 U.S.C. § 105(d)

PLEASE TAKE NOTICE, that, the status hearing of the Initial Pre-trial Conference under 11 U.S.C. § 105(d) which was originally scheduled for Wednesday January 20, 2011 at 9:45 a.m., has been adjourned at the request of Debtor and shall be heard before the Honorable Robert E. Gerber, United States Bankruptcy Court, SDNY, Alexander Hamilton Customs House, One Bowling Green, New York, NY 10004, Courtroom 624 on Thursday **February 24, 2011 at 9:45 a.m**. of said day, (the **"Hearing"**).

PLEASE TAKE FURTHER NOTICE that responsive papers, if any, shall be filed with the Court in compliance with the Court's electronic filing system and served upon Tanya P. Dwyer, at Dwyer & Associates LLC, 11 Broadway, Suite 615, New York, NY, 10004; Office of the United States Trustee, Attn: Nazar Khodorovsky, Esq., Southern District of New York, 33 Whitehall Street, 21st. Floor, New York, NY 10004; with a courtesy copy delivered to the Hon. Judge Robert E. Gerber so as to be received no later than the date and time of the Hearing.

The Hearing may be further adjourned from time to time without further announcement other than an announcement at the Hearing.

Dated: January 11, 2011
New York, New York

Respectfully submitted,

/s/ Tanya P. Dwyer, Esq.
Tanya P. Dwyer
DWYER & ASSOCIATES LLC
*Attorneys for Debtor*
11 Broadway, Suite 615
New York, NY 10004
Tel: (212) 518-3663
E: Tanya@dwyerlawnyc.com